# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 22, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 23-11157    Second Amendment Fdn v. Bureau of Alcohol
                USDC No. 3:21-CV-116
                USDC No. 4:23-CV-95
                USDC No. 2:23-CV-19
                USDC No. 4:23-CV-578
                USDC No. 6:23-CV-13
```

Enclosed is an order entered in this case.

The court has granted the motion to consolidate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Barry K. Arrington
Mr. Bradley Benbrook
Mr. Richard Brent Cooper
Mr. Michael Drezner
Mr. Charles Kenneth Eldred
Richard M Esenberg
Mr. Chad Flores
Ms. Kateland R. Jackson
Mr. Sean Janda
Ms. Faith Johnson
Mr. Daniel Lennington
Mr. Jody Dale Lowenstein
Mr. Ed J. McConnell
Mr. Anthony Roman Napolitano
Mr. Jason C. Nash
Mr. Nathan Ochsner
Mr. Robert J. Olson
Mr. Taylor Pitz
Mr. Stephen Dean Stamboulieh
Mr. Jeffrey W. Tormey
Mr. Lucas Vebber
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 23-11157

---

Second Amendment Foundation, Incorporated; Rainier Arms, L.L.C.; Samuel Walley; William Green,

    Plaintiffs - Appellants

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, in his official capacity Director of the Bureau of Alcohol Tobacco Firearms and Explosives; United States Department of Justice; Merrick Garland, U.S. Attorney General,

    Defendants - Appellees

consolidated with

---

No. 23-11199

---

William T. Mock; Christopher Lewis; Firearms Policy Coalition, Incorporated, a nonprofit corporation; Maxim Defense Industries, L.L.C.,

    Plaintiffs - Appellees

v.

Merrick Garland, U.S. Attorney General, in his official capacity as Attorney General of the United States; United States Department of Justice; Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives,

    Defendants - Appellants

consolidated with

---

No. 23-11203

---

Darren A. Britto; Gabriel A. Tauscher; Shawn M. Kroll,

    Plaintiffs - Appellees

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives,

       Defendant - Appellant

consolidated with

_____

No. 23-11204

_____

Texas Gun Rights, Incorporated; National Association for Gun Rights, Incorporated,

       Plaintiffs - Appellees

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives,

       Defendant - Appellant

consolidated with

_____

No. 23-40685

_____

State of Texas; Gun Owners of America, Incorporated; Gun Owners Foundation; Brady Brown,

       Plaintiffs - Appellees

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives; United States Department of Justice; Steven M. Dettelbach, Director of ATF,

       Defendants - Appellants