# United States Court of Appeals for the Fifth Circuit

---

No. 23-11157

---

SECOND AMENDMENT FOUNDATION, INCORPORATED; RAINIER ARMS, L.L.C.; SAMUEL WALLEY; WILLIAM GREEN,

*Plaintiffs—Appellants,*

*versus*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; STEVEN DETTELBACH, *in his official capacity Director of the Bureau of Alcohol Tobacco Firearms and Explosives*; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK GARLAND, *U.S. Attorney General*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-116

---

ORDER:

IT IS ORDERED that Appellees' unopposed motion to consolidate this case with case Nos. 23-11199, *Mock v. Garland*, 23-11203, *Britto v. Bureau of Alcohol*, 23-11204, *Texas Gun Rights v. Bureau of Alcohol*, and 23-40685, *State of Texas v. Bureau of Alcohol* is GRANTED.

IT IS FURTHER ORDERED that Appellees' unopposed motion to establish the proposed briefing schedule is GRANTED.

No. 23-11157

_____

KURT D. ENGELHARDT
*United States Circuit Judge*