**Nos. 23-11157, 23-11199, 23-11203, 23-11204, 23-40685**

# In the United States Court of Appeals for the Fifth Circuit

CASE NO. 23-11157

SECOND AMENDMENT FOUNDATION, INCORPORATED; RAINIER ARMS, L.L.C.; SAMUEL WALLEY; WILLIAM GREEN,

*Plaintiffs-Appellants,*

*V.*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; STEVEN DETTELBACH, *in his official capacity Director of the Bureau of Alcohol Tobacco Firearms and Explosives;* UNITED STATES DEPARTMENT OF JUSTICE; MERRICK GARLAND, *U.S. Attorney General,*

*Defendants-Appellees*

consolidated with

CASE NO. 23-11199

WILLIAM T. MOCK; CHRISTOPHER LEWIS; FIREARMS POLICY CO-ALITION, INCORPORATED, *a nonprofit corporation;* MAXIM DEFENSE IN-DUSTRIES, L.L.C.,

*Plaintiffs-Appellees,*

*V.*

MERRICK GARLAND, *U.S. Attorney General, in his official capacity as Attorney General of the United States;* UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; STEVEN DETTELBACH, *in his official capacity as the Director of the Bureau of Alcohol Tobacco Firearms and Explosives,*

*Defendants-Appellants*

consolidated with

———

CASE No. 23-11203

———

DARREN A. BRITTO; GABRIEL A. TAUSCHER; SHAWN M. KROLL,
*Plaintiffs-Appellees,*
*V.*
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,
*Defendant-Appellant*

consolidated with

———

CASE No. 23-11204

———

TEXAS GUN RIGHTS, INCORPORATED; NATIONAL ASSOCIATION
FOR GUN RIGHTS, INCORPORATED,
*Plaintiffs-Appellees,*
*V.*
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,
*Defendant-Appellant*

consolidated with

———

CASE No. 23-40685

———

STATE OF TEXAS; GUN OWNERS OF AMERICA, INCORPORATED;
GUN OWNERS FOUNDATION; BRADY BROWN,
*Plaintiffs-Appellees,*
*V.*
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES;
UNITED STATES DEPARTMENT OF JUSTICE;
STEVEN M. DETTELBACH, *Director of ATF,*
*Defendants-Appellants.*

———

On Appeal from the United States District Court
for the Northern District of Texas in Nos. 3:21-cv-116, 4:23-cv-95, 2:23-cv-19, and
4:23-cv-578; and from the United States District Court for the Southern District of
Texas in No. 6:23-cv-13

———

2

## OPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

———

In accordance with Federal Rules of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Appellee State of Texas files this Motion for an extension of time to file its Appellee brief to and including March 22, 2024. In support thereof, Appellee respectfully shows the Court as follows:

1.  Appellee's brief is currently due February 21, 2024. Appellee seeks a 30-day extension of this time, to and including March 22, 2024, in which to file its brief. This is Appellee's first request for an extension of time, and it is opposed.

2.  This extension is sought to accommodate the schedule of counsel for Appellee, who have had to attend to pre-existing matters that require significant drafting and other responsibilities related to:

- An amicus brief in *Petteway v. Galveston County*, No. 23-40582, which was filed in this Court on January 22, 2024;

- Preparation for oral argument in *Public Utility Commission of Texas v. Luminant*, No. 23-231, which will be heard by the Supreme Court of Texas on January 30, 2024;

- An amicus brief in *Gonzalez v. Trevino*, No. 22-1025, which is due to the Supreme Court of the United States on January 31, 2024;

- Appellants' reply brief in *Texas v. City of Houston*, No. 03-23-00531-CV, which is due to the Texas Court of Appeals for the Third Judicial District on February 26, 2024;

- Preparation for oral argument in *Texas v. Richardson*, No. 05-23-0325-CV, which will be heard by the Texas Court of Appeals for the Fifth Judicial District on February 15, 2024;

- Appellants' brief in *United States v. Abbott*, No. 23-50632, which is due to this Court on February 16, 2024;

- Appellants' reply brief in *Public Utility Commission of Texas v. RWE Renewables Am., LLC*, No. 23-0555, which is due to the Texas Supreme Court on February 23, 2024; and

- Preparation for oral argument in *Netchoice LLC v. Paxton*, No. 22-555, which will be heard by the Supreme Court of the United States on February 26, 2024.

Counsel are also staffed to other public and private litigation and advisory matters within the Office of the Solicitor General.

3.   This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this request for an extension is granted.

4.   For the foregoing reasons, Appellee respectfully requests that the Court grant this Motion for a 30-day extension of time to file its brief, making its brief due on March 22, 2024.

Date: January 25, 2024                        Respectfully submitted.

KEN PAXTON                                   LANORA C. PETTIT
Attorney General of Texas                    Principal Deputy Solicitor General

BRENT WEBSTER                                /s/ Kateland R. Jackson
First Assistant Attorney General             KATELAND R. JACKSON
                                             Assistant Solicitor General
Office of the Attorney General               Kateland.Jackson@oag.texas.gov
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697                          Counsel for Appellee State of Texas

## CERTIFICATE OF CONFERENCE

On January 25, 2024, I conferred with Sean Janda, counsel for Appellant. Appellant opposes this extension.

/s/ Kateland R. Jackson
KATELAND R. JACKSON

## CERTIFICATE OF SERVICE

On January 25, 2024, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Kateland R. Jackson
KATELAND R. JACKSON

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 414 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Kateland R. Jackson
KATELAND R. JACKSON