# United States Court of Appeals for the Fifth Circuit

---

No. 23-11157

---

Second Amendment Foundation, Incorporated; Rainier Arms, L.L.C.; Samuel Walley; William Green,

*Plaintiffs—Appellants,*

versus

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity Director of the Bureau of Alcohol Tobacco Firearms and Explosives*; United States Department of Justice; Merrick Garland, *U.S. Attorney General*,

*Defendants—Appellees,*

consolidated with

---

No. 23-11199

---

William T. Mock; Christopher Lewis; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*; Maxim Defense Industries, L.L.C.,

*Plaintiffs—Appellees,*

versus

Merrick Garland, *U.S. Attorney General, in his official capacity as*

No. 23-11157
c/w Nos. 23-11199, 23-11203, 23-11204, 23-40685

*Attorney General of the United States*; United States Department of Justice; Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*,

*Defendants—Appellants*,

CONSOLIDATED WITH

———————

No. 23-11203

———————

Darren A. Britto; Gabriel A. Tauscher; Shawn M. Kroll,

*Plaintiffs—Appellees*,

*versus*

Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendant—Appellant*,

CONSOLIDATED WITH

———————

No. 23-11204

———————

Texas Gun Rights, Incorporated; National Association for Gun Rights, Incorporated,

*Plaintiffs—Appellees*,

*versus*

No. 23-11157
c/w Nos. 23-11199, 23-11203, 23-11204, 23-40685

Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendant—Appellant*,

consolidated with

───────────

No. 23-40685

───────────

State of Texas; Gun Owners of America, Incorporated; Gun Owners Foundation; Brady Brown,

*Plaintiffs—Appellees*,

*versus*

Bureau of Alcohol, Tobacco, Firearms, and Explosives; United States Department of Justice; Steven M. Dettelbach, *Director of ATF*,

*Defendants—Appellants*.

───────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-116
USDC No. 4:23-CV-95
USDC No. 2:23-CV-19
USDC No. 4:23-CV-578
USDC No. 6:23-CV-13

───────────────────────────────

ORDER:

No. 23-11157
c/w Nos. 23-11199, 23-11203, 23-11204, 23-40685

IT IS ORDERED that Appellee State of Texas' opposed motion for an extension of 30 days, or, to and including March 22, 2024 to file the brief is GRANTED.

_____
KURT D. ENGELHARDT
*United States Circuit Judge*