No. 23-11157

_____

In the United States Court of Appeals for the Fifth Circuit

_____

Second Amendment Foundation, Inc.; Rainier Arms, L.L.C.; Samuel Walley; William Green,

                Plaintiffs – Appellants

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; United States Department of Justice; Merrick Garland, U.S. Attorney General,

                Defendants – Appellees

*caption continued on the following page*

_____

Appeals from the United States District Court for the Northern District of Texas in Nos. 3:21-cv-116, 4:23-cv-95, 2:23-cv-19, and 4:23-cv-578 and the United States District Court for the Southern District of Texas in No. 6:23-cv-13

_____

**Joint Agreed Motion for Extensions of Time**

                Chad Flores
                Flores Law PLLC
                917 Franklin Street, Suite 600
                Houston, Texas 77002
                (713) 893-9440

*consolidated with*

No. 23-11199

William T. Mock, Christopher Lewis, Firearms Policy Coalition, Incorporated, a nonprofit corporation, Maxim Defense Industries, L.L.C.,
　　　　　　　　　　　　　　　　　　　　Plaintiffs-Appellees,

v.

Merrick Garland, U.S. Attorney General, in his official capacity as Attorney General of the United States; United States Department of Justice; Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives;
　　　　　　　　　　　　　　　　　　　　Defendants-Appellants.

*consolidated with*

No. 23-11203

Darren A. Britto; Gabriel A. Tauscher; Shawn M. Kroll,
　　　　　　　　　　　　　　　　　　　　Plaintiffs-Appellees,

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives
　　　　　　　　　　　　　　　　　　　　Defendant-Appellant

*consolidated with*

No. 23-11204

Texas Gun Rights, Incorporated; National Association for Gun Rights, Incorporated,
　　　　　　　　　　　　　　　　　　　　Plaintiffs-Appellees,

v.

i

Bureau of Alcohol, Tobacco, Firearms, and Explosives

                Defendant-Appellant

---

*consolidated with*

No. 23-40685

State of Texas; Gun Owners of America, Incorporated; Gun Owners Foundation; Brady Brown,

                Plaintiffs-Appellees,

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives; United States Department of Justice; Steven Dettelbach, Director of ATF;

                Defendants-Appellants.

## Agreed Motion for Extensions of Time

This motion seeks to alter the briefing schedule for these consolidated appeals in two respects—one concerning the deadline for the next round of briefs being filed by various plaintiffs and one concerning the federal government brief(s) being filed after that. Both aspects of the request are agreed to by all parties to the litigation.

First, this motion presents a joint, unopposed request for a 30-day extension of the deadline for filing the following briefs:

No. 23-11157—Principal Brief of Plaintiffs/Appellants

No. 23-11199—Principal Brief of Plaintiffs/Appellees

No. 23-11203—Principal Brief of Plaintiffs/Appellees

No. 23-11204—Principal Brief of Plaintiffs/Appellees

All of these briefs are currently due by February 21, 2024. With the requested extension, all of these briefs would be due by March 22, 2024.

These extensions are sought to streamline the appeals and minimize briefing inconvenience. The Court has already issued a consolidation order that installs a briefing format modeled off the format for cross-appeals. Now that the federal government defendants have filed their first brief, the next set of briefs to be filed are plaintiffs' opening brief in No. 23-11157 and plaintiffs' response briefs in Nos. 23-11199, 23-11203, 23-11204, and 23-40658. The Court has also recently extended the

filing deadline for one of those briefs (the State of Texas' brief in No. 23-40685) to March 22, 2024. To keep the briefing schedule cogently aligned, this motion seeks an extension making March 22 the deadline for all of the briefs in this wave of filings. This request is unopposed. It is made on behalf of all of the plaintiffs that do not already have a March 22 deadline (i.e., all but the State of Texas). And consent was obtained via email from the federal government for all of these requested extensions.

Second, this motion presents an unopposed request for a 7-day extension of the federal government's deadline for filing its final brief(s)—i.e., the federal government's brief(s) responding to what plaintiffs file by the March 22 deadline. Assuming that this motion's initial extension request is granted, the federal government brief(s) would normally be due by April 22, 2024. With this requested extension, the federal government brief(s) would be due April 29, 2024. This extension is sought because the current deadline conflicts with the federal government counsel's preexisting travel plans. This extension is unopposed. Consent was obtained via email from all of the plaintiffs in the consolidated appeals.

## Conclusion

The motion should be granted. The Court should issue an order (1) setting March 22, 2024, as the filing deadline for the Principal Brief of Plaintiffs/Appellants in No. 23-11157 and the Principal Briefs of Plaintiffs/Appellees in Nos. 23-11199, No. 23-11203, and No. 23-11204, and (2) setting April 29, 2024, as the filing deadline for the federal government's brief(s) in response.

Respectfully submitted,

/s Chad Flores
Chad Flores
cf@chadfloreslaw.com
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 893-9440

Counsel in No. 23-11157 for Appellants Second Amendment Foundation, Inc., Rainier Arms, L.L.C., Samuel Walley, and William Green


## Certificate of Conference

I conferred via email about the relief this motion requests. All parties join in this request and consent to the requested relief.

/s/ Chad Flores
Chad Flores

## Certificate of Compliance

This filing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27 because it contains 465 not-exempted words.

This filing complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 27 and 32 and Fifth Circuit Rule 32 because it has been prepared in a proportionally spaced typeface in 14-point font using Microsoft Word for Mac Version 16.74.

/s/ Chad Flores
Chad Flores