# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 05, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11157    Second Amendment v. Bureau of Alcohol  
                USDC No. 3:21-CV-116  
                USDC No. 4:23-CV-95  
                USDC No. 2:23-CV-19  
                USDC No. 4:23-CV-578  
                USDC No. 6:23-CV-13

The court has granted an extension of time to and including March 22, 2024 for filing the remaining Cross Appellants' brief ONLY in this case.

Once the above brief is filed, if necessary, opposing counsel should request an extension of time for the next brief due at the appropriate time.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Melissa B. Courseault, Deputy Clerk  
504-310-7701

Mr. Barry K. Arrington  
Mr. Bradley Benbrook  
Mr. Richard Brent Cooper  
Mr. Michael Drezner  
Mr. Stephen Duvernay  
Mr. Charles Kenneth Eldred  
Mr. Richard M Esenberg  
Mr. Samuel I. Ferenc  
Mr. Chad Flores  
Ms. Kateland R. Jackson  
Mr. Sean Janda  
Mr. Daniel Lennington  
Mr. Benjamin Lewis  
Mr. Jody Dale Lowenstein  
Mr. Ed J. McConnell  
Mr. Anthony Roman Napolitano  
Mr. Jason C. Nash  
Mr. Robert J. Olson

Ms. Lanora Christine Pettit
Mr. Taylor Pitz
Mr. Stephen Dean Stamboulieh
Mr. Jeffrey W. Tormey
Mr. Lucas Vebber
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright