# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

SECOND AMENDMENT FOUNDATION, *et al.*,

  *Plaintiffs-Appellants,*

  *v.*

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, *et al.*,

  *Defendants-Appellees,*

No. 23-11157

---

WILLIAM T. MOCK, *et al.*,

  *Plaintiffs-Appellees,*

  *v.*

MERRICK GARLAND, *et al.*,

  *Defendants-Appellants,*

No. 23-11199

---

DARREN A. BRITTO, *et al.*,

  *Plaintiffs-Appellees,*

  *v.*

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,

  *Defendant-Appellant,*

No. 23-11203

TEXAS GUN RIGHTS, INCORPORATED, *et al.*,

     *Plaintiffs-Appellees,*

     *v.*

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,

     *Defendant-Appellant,*

No. 23-11204

STATE OF TEXAS, *et al.*,

     *Plaintiffs-Appellees,*

     *v.*

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, *et al.*,

     *Defendants-Appellants,*

No. 23-40685

## UNOPPOSED MOTION OF THE UNITED STATES TO FILE A RESPONSE/REPLY BRIEF OF NO MORE THAN 25,000 WORDS

Pursuant to Federal Rule of Appellate Procedure 32(a)(7) as well as 5th Cir. R. 32, the United States respectfully moves for leave to file a single response-and-reply brief in this consolidated appeal to be no more than 25,000 words in length. Plaintiffs do not oppose. In support, the government states the following:

1. This consolidated appeal concerns a rule issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) addressing firearms equipped with stabilizing braces. *See* Factoring Criteria for Firearms with Attached "Stabilizing

Braces," 88 Fed. Reg. 6478, 6525 (Jan. 31, 2023). In five cases, seventeen plaintiffs—including individuals, commercial entities, and organizations—bring administrative, statutory, and constitutional challenges to the Rule. Some, though not all, of the district courts have issued preliminary injunctions or stays against the Rule.

2. On December 22, 2023, this Court consolidated all five cases on one briefing schedule. *See* Dkt. 30-1. The United States filed its opening brief on January 22, 2024, and plaintiffs ultimately filed four principal briefs on March 22, 2024, totaling 47,463 words. *See* Dkts. 89, 93, 101, 102. These briefs address some overlapping issues, but many of the plaintiffs press independent administrative, statutory, constitutional, and equitable arguments that are sensitive to the various parties and proceedings below.

3. This Court earlier approved a consolidated briefing schedule under which the United States would next file a single response-and-reply brief. *See* Dkt. 30-1. The United States seeks leave to file a brief that totals no more than 25,000 words. This new limit approximates half the length of what plaintiffs have filed in their principal briefs. The government represents that these words are necessary to address the issues in plaintiffs' four briefs in this consolidated appeal, and the government will work diligently to use no more words than necessary to address the disputes on appeal.

4. Plaintiffs' counsel in all five consolidated cases do not oppose this motion.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court grant the United States leave to file a single response-and-reply brief to be no more than 25,000 words.

3

Respectfully submitted,

ABBY C. WRIGHT
SEAN R. JANDA

*/s/ Ben Lewis*
BEN LEWIS
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7250*
*Washington, D.C. 20530*
*(202) 401-9660*

APRIL 2024

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 364 words, according to the word count of Microsoft Word.

*/s/ Ben Lewis*
Ben Lewis

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Ben Lewis
Ben Lewis