# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-11157   Second Amendment v. Bureau of Alcohol
Consolidated with 23-11199, 23-11203, 23-11204, 23-40685
USDC No. 3:21-CV-116
USDC No. 4:23-CV-95
USDC No. 2:23-CV-19
USDC No. 4:23-CV-578
USDC No. 6:23-CV-13

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Barry K. Arrington
Mr. Bradley Benbrook
Mr. Clayton Way Calvin
Mr. Richard Brent Cooper
Mr. Skylar Croy
Mr. Michael Drezner
Mr. Stephen Duvernay
Mr. Charles Kenneth Eldred
Mr. Richard M Esenberg
Mr. Samuel I. Ferenc
Mr. Chad Flores
Mr. Robert E. Henneke
Ms. Kateland R. Jackson
Mr. Sean Janda
Mr. Daniel Lennington
Mr. Benjamin Lewis
Mr. Jody Dale Lowenstein
Mr. Ed J. McConnell
Mr. Matthew R. Miller
Mr. Anthony Roman Napolitano
Mr. Jason C. Nash
Mr. Stephen Obermeier
Mr. Robert J. Olson
Ms. Lanora Christine Pettit

Mr. Taylor Pitz
Mr. Stephen Dean Stamboulieh
Mr. Jeffrey W. Tormey
Mr. Lucas Vebber
Mr. Chance Weldon
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright