# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 21, 2024

No. 23-11157    Second Amendment v. Bureau of Alcohol
                USDC No. 3:21-CV-116
                USDC No. 4:23-CV-95
                USDC No. 2:23-CV-19
                USDC No. 4:23-CV-578
                USDC No. 6:23-CV-13

Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies.  **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633


    Mr. Barry K. Arrington
    Mr. Bradley Benbrook
    Mr. Clayton Way Calvin
    Mr. Richard Brent Cooper
    Mr. Skylar Croy
    Mr. Michael Drezner
    Mr. Stephen Duvernay
    Mr. Charles Kenneth Eldred
    Mr. Richard M. Esenberg

Mr. Samuel I. Ferenc
Mr. Chad Flores
Mr. Robert E. Henneke
Ms. Kateland R. Jackson
Mr. Sean Janda
Mr. Daniel Lennington
Mr. Benjamin Lewis
Mr. Jody Dale Lowenstein
Mr. Ed J. McConnell
Mr. Matthew R. Miller
Mr. Anthony Roman Napolitano
Mr. Jason C. Nash
Mr. Stephen Obermeier
Mr. Robert J. Olson
Ms. Lanora Christine Pettit
Mr. Taylor Pitz
Mr. Stephen Dean Stamboulieh
Mr. Jeffrey W. Tormey
Mr. Lucas Vebber
Mr. Chance Weldon
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright