# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 04, 2024

Mr. Samuel I. Ferenc
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743

No. 23-11157    Second Amendment v. Bureau of Alcohol
                USDC No. 3:21-CV-116
                USDC No. 4:23-CV-95
                USDC No. 2:23-CV-19
                USDC No. 4:23-CV-578
                USDC No. 6:23-CV-13

Dear Mr. Ferenc,

The following pertains to your brief filed in paper form on 1/29/24.

We filed your brief. However, you must make the following corrections and send 7 new copies.

Pages of the brief must be single sided.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shirley M. Engelhardt, Deputy Clerk
504-310-7631