# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 4, 2024
Lyle W. Cayce
Clerk

No. 23-11157

Second Amendment Foundation, Incorporated; Rainier Arms, L.L.C.; Samuel Walley; William Green,

*Plaintiffs—Appellants*,

versus

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity Director of the Bureau of Alcohol Tobacco Firearms and Explosives*; United States Department of Justice; Merrick Garland, *U.S. Attorney General*,

*Defendants—Appellees*,

consolidated with

No. 23-11199

William T. Mock; Christopher Lewis; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*; Maxim Defense Industries, L.L.C.,

*Plaintiffs—Appellees*,

versus

Merrick Garland, *U.S. Attorney General, in his official capacity as*

No. 23-11157
c/w Nos. 23-11199, 23-11203, 23-11204, 23-40685

*Attorney General of the United States*; UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; STEVEN DETTELBACH, *in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*,

*Defendants—Appellants*,

CONSOLIDATED WITH

No. 23-11203

DARREN A. BRITTO; GABRIEL A. TAUSCHER; SHAWN M. KROLL,

*Plaintiffs—Appellees*,

*versus*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,

*Defendant—Appellant*,

CONSOLIDATED WITH

No. 23-11204

TEXAS GUN RIGHTS, INCORPORATED; NATIONAL ASSOCIATION FOR GUN RIGHTS, INCORPORATED,

*Plaintiffs—Appellees*,

*versus*

No. 23-11157
c/w Nos. 23-11199, 23-11203, 23-11204, 23-40685

Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendant—Appellant*,

consolidated with

———————

No. 23-40685

———————

State of Texas; Gun Owners of America, Incorporated; Gun Owners Foundation; Brady Brown,

*Plaintiffs—Appellees*,

*versus*

Bureau of Alcohol, Tobacco, Firearms, and Explosives; United States Department of Justice; Steven M. Dettelbach, *Director of ATF*,

*Defendants—Appellants*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-116
USDC No. 4:23-CV-95
USDC No. 2:23-CV-19
USDC No. 4:23-CV-578
USDC No. 6:23-CV-13

———————————————————

ORDER:

No. 23-11157
c/w Nos. 23-11199, 23-11203, 23-11204, 23-40685

IT IS ORDERED that Appellees' unopposed motion to hold oral argument on the same day with the same panel as case number 23-40556, *Watterson v. ATF*, is GRANTED.

_____
JAMES C. HO
*United States Circuit Judge*