No. 23-11157

# In the United States Court of Appeals for the Fifth Circuit

Case No. 23-11157

Second Amendment Foundation, Incorporated; Rainier Arms, L.L.C.; Samuel Walley; William Green,

*Plaintiffs-Appellants,*

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity Director of the Bureau of Alcohol Tobacco Firearms and Explosives;* United States Department of Justice; Merrick Garland, *U.S. Attorney General,*

*Defendants-Appellees*

consolidated with

Case No. 23-11199

William T. Mock; Christopher Lewis; Firearms Policy Coalition, Incorporated, *a nonprofit corporation;* Maxim Defense Industries, L.L.C.,

*Plaintiffs-Appellees,*

v.

Merrick Garland, *U.S. Attorney General, in his official capacity as Attorney General of the United States;* United States Department of Justice; Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity as the Director of the Bureau of Alcohol Tobacco Firearms and Explosives,*

*Defendants-Appellants*

consolidated with

---

Case No. 23-11203

---

Darren A. Britto; Gabriel A. Tauscher; Shawn M. Kroll,
*Plaintiffs-Appellees,*

*v.*

Bureau of Alcohol, Tobacco, Firearms, and Explosives,
*Defendant-Appellant*

consolidated with

---

Case No. 23-11204

---

Texas Gun Rights, Incorporated; National Association
for Gun Rights, Incorporated,
*Plaintiffs-Appellees,*

*v.*

Bureau of Alcohol, Tobacco, Firearms, and Explosives,
*Defendant-Appellant*

consolidated with

---

Case No. 23-40685

---

State of Texas; Gun Owners of America, Incorporated;
Gun Owners Foundation; Brady Brown,
*Plaintiffs-Appellees,*

*v.*

Bureau of Alcohol, Tobacco, Firearms, and Explosives;
United States Department of Justice;
Steven M. Dettelbach, *Director of ATF,*
*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the Northern District of Texas in Nos. 3:21-cv-116, 4:23-cv-95, 2:23-cv-19, and
4:23-cv-578; and from the United States District Court for the Southern District of
Texas in No. 6:23-cv-13

---

# JOINT MOTION TO EXTEND TIME FOR ORAL ARGUMENT

Pursuant to Rule 34 of the Federal Rules of Appellate Procedure and Local Rule 34.12, Appellee the State of Texas, on behalf of the consolidated plaintiffs, respectfully requests an additional 10 minutes of argument time per side (for a total of 30 minutes per side).

This appeal involves five consolidated cases—*Britto*, *Mock*,[1] *Texas Gun Rights*, *Texas*, and *Second Amendment Foundation*—and includes six "sets" of parties between the two sides—the ATF and other federal government defendants, and myriad plaintiffs in the consolidated cases. The plaintiff "sets" contain individuals, manufacturers, industry participants, associations, advocacy groups, and the State of Texas. Because of the complexity and constitutional import of the various interests and theories presented in this appeal, the requested 10-minute-per-side extension of oral argument time will best serve the interests of justice and allow the Court to fully and thoughtfully consider the issues in this case.

Counsel for the State of Texas has conferred with counsel for all parties regarding this request. The consolidated plaintiffs consent; the federal government takes no position.

---

[1] On June 13, 2024, the district court granted summary judgment in plaintiffs' favor in the *Mock* case. On June 25, 2024, counsel for the *Mock* Appellees submitted a letter pursuant to Federal Rule of Appellate Procedure 28(j) informing the Court of the lower court's opinion and explaining the preliminary injunction appeal in that case is now moot.

## Conclusion

For these reasons, Appellee the State of Texas respectfully requests 10 minutes of additional time for oral argument per side, resulting in 30 minutes per side total.

Respectfully submitted.

| | |
|---|---|
| Ken Paxton<br>Attorney General of Texas | Aaron L. Nielson<br>Solicitor General |
| Brent Webster<br>First Assistant Attorney General | Lanora Pettit<br>Principal Deputy Solicitor General |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | /s/ Kateland R. Jackson<br>Kateland R. Jackson<br>Assistant Solicitor General<br>Kateland.Jackson@oag.texas.gov<br><br>Counsel for Appellee State of Texas |

## Certificate of Conference

On July 11, 2024, counsel for Appellee State of Texas conferred with counsel for the federal government, who stated that the federal government takes no position on the relief requested in this Motion.

/s/ Kateland R. Jackson
Kateland R. Jackson

## Certificate of Service

On July, 12, 2024, this Motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Kateland R. Jackson
Kateland R. Jackson

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 230 words, excluding the parts of the brief exempted by Rule 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Kateland R. Jackson
Kateland R. Jackson
