# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 12, 2024

Mr. Bradley Benbrook
Benbrook Law Group, P.C.
701 University Avenue
Suite 106
Sacramento, CA 95825

Mr. Skylar Croy
Wisconsin Institute for Law & Liberty, Incorporated
330 E. Killbourn Avenue
Suite 725
Milwaukee, WI 53202

Mr. Richard M. Esenberg
Wisconsin Institute for Law & Liberty, Incorporated
330 E. Kilbourn Avenue
Suite 725
Milwaukee, WI 53202

Mr. Chad Flores
Flores Law, P.L.L.C.
917 Franklin Street
Suite 600
Houston, TX 77002

Mr. Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Suite 7260
Washington, DC 20530

Mr. Daniel Lennington
Wisconsin Institute for Law & Liberty, Incorporated

330 E. Kilbourn Avenue
Suite 725
Milwaukee, WI 53202


Mr. Robert J. Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Suite 4
Vienna, VA 22180-5615


Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548


Mr. Lucas Vebber
Wisconsin Institute for Law & Liberty, Incorporated
330 E. Kilbourn Avenue
Suite 725
Milwaukee, WI 53202


Mr. Chance Weldon
901 Congress Avenue
Austin, TX 78701


     No. 23-11157   Second Amendment v. Bureau of Alcohol
                   USDC No. 3:21-CV-116
                   USDC No. 4:23-CV-95
                   USDC No. 2:23-CV-19
                   USDC No. 4:23-CV-578
                   USDC No. 6:23-CV-13


Dear Counsel,

    The court has asked that these queries be sent to counsel in separate but substantially similar appeals currently set for oral argument back-to-back in the upcoming sitting.

    First, is there any reason why the back-to-back appeals should not be consolidated for oral argument?

    Second, please advise whether Judge O'Connor's vacatur of the challenged rule in No. 23-11199 moots the preliminary injunction motion appeals.

    Third, the court inquires whether ATF, for the sake of judicial efficiency, would agree to notice an appeal in the O'Connor case, if it plans to do so, and then to consolidate its appeal on the merits with these other appeals?   (In that event, expedited additional briefing would be allowed.)

    Please respond in letters by the close of business Tuesday, July 16, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

cc:
    Mr. Stephen Duvernay
    Mr. Benjamin Lewis
    Mr. Stephen Dean Stamboulieh
    Ms. Abby Christine Wright