# ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Chad Flores
_____
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

23-11157        Second Amendment Foundation    v. ATF
(Case Number)              (Short Title)

is scheduled for oral argument at __9:00am__ on __August 5, 2024__ located in the
(Time)              (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
(Location)

/s/ Chad Flores                              July 15, 2024
(Signature)                                  (Date)

---

### List all parties being represented for argument and select the party type

Second Amendment Foundation, Incorporated; Rainier Arms, L.L.C.; Samuel Walley; William Green

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|
| Appellant | Appellee | Cross Appellant | Cross Appellee | Amicus | Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Kateland R. Jackson | 6.5 | |
| #2 | Skylar Croy | 6.5 | |
| #3 | Chad Flores | 6.5 | |
| #4 | | | |
| #5 | | | |

SESSION # 05

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

PRINT TO PDF            RESET FORM

Revised 04/2023            Form OA-001